# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                                           **PLAINTIFF**

**VS.**                                               **CRIMINAL ACTION NUMBER:   3:13CR-123-JHM**

**DANAL SWINNEY**                                                                                                                               **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The proceedings were recorded by Alan Wernecke, Official Court Reporter.

The Defendant, by consent, and with Jonathan C. Baird, retained counsel, appeared before me on September 12, 2014, and entered a plea of guilty as to Count 1 of the Indictment. The defendant entered the plea of guilty pursuant to a Rule 11 (c)(1)(B) plea agreement. A supplemental plea agreement was also filed with the Court **under seal**.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall remain under the terms and conditions of his present bond pending sentencing before Chief Judge Joseph H. McKinley, Jr. on **December 10, 2014 at 1:30 p.m**.

This 12th day of September, 2014.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

0 | 25